## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 05-94 JRT/FLN |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| (1) ANTHONY HEPPNER, and | ) | |
| (2) THOMAS LEE ANDERSON, | ) | |
| Defendants. | ) | |

Trial of this case is currently scheduled to begin June 20, 2005. Based on the reasons provided in the stipulation of the parties above, the Court hereby finds that the volume of discovery, the complex nature of this case, and the need for additional time for defense counsel to prepare for trial justifies the requested continuance and that the ends of justice are served by granting the same. Based on all the files, records, and proceedings herein,

IT IS HEREBY ORDERED THAT:

1. The joint motion for continuance of the trial date is GRANTED;

2. Trial of this case is continued to September 26, 2005, at 9:30 a.m. before Judge John R. Tunheim;

3. Proposed voir dire questions and jury instructions shall be filed on or before September 19, 2005;

4. The time from the date of this order to the date trial begins shall be excluded in computing the time within which the trial in ths matter must commence under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A). The ends of justice will be served by

continuing the trial date. This finding is based upon the Court's conclusion that the failure to grant such a continuance would unreasonably deny the parties a right to a fair and just hearing.

DATED: June 3, 2005
at Minneapolis, Minnesota.                           s/John R. Tunheim
                                                                   JOHN R. TUNHEIM
                                          United States District Judge