UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 05-94 (JRT/FLN) |
| Plaintiff, | |
| v. | **ORDER** |
| (01) ANTHONY HEPPNER, and<br>(02) THOMAS ANDERSON, | |
| Defendants. | |

Francis J. Magill, Jr., **OFFICE OF THE UNITED STATES**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Dean S. Grau, **GRAU LAW OFFICE**, 80 South Eighth Street, Suite 1919, Minneapolis, Minnesota 55402, for defendant Heppner.

Thomas G. Dunnwald, **DUNNWALD & PETERSON, P.A.**, 412 South Fourth Street, Suite 1150E, Minneapolis, Minnesota 55415, for defendant Anderson.

---

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 27, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant Heppner's and Defendant Anderson's Motions are **DENIED** as follows:

1. Defendants' Motion to Dismiss the Indictment [#19] is **DENIED**; and

2. Defendants' Motion to Suppress Statements [#26] is **DENIED**.

    a.    Plaintiffs are entitled to a money judgment in the amount of $14,072.42 against Defendants for liquidated damages for the audit period of January, 2004 through the present date; and

    b.    Plaintiffs are entitled to a money judgment in the amount of $4,497.18 for their attorney fees and costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 29, 2005
at Minneapolis, Minnesota.

                                                s/John R. Tunheim
                                                JOHN R. TUNHEIM
                                            United States District Judge